UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEMOS P. DEMOPOULOS, DANIEL J. GATTO,
KENNETH BARRETT, WILLIAM CASSESE,
and JOHN A. CURCIO, as Trustees and Fiduciaries
of the LOCAL 854 PENSION FUND,

                       Plaintiffs,         2:18-CV-02567(DRH)(AYS)

           - against -

JOFAZ TRANSPORTATION, INC., and
Y & M TRANSIT CORP.,

                       Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL

        Plaintiffs, the Trustees and Fiduciaries of the Local 553 Pension Trust Fund, through their attorneys, Friedman & Anspach, and Defendants Jofaz Transportation Inc. and Y&M Transit Corp., through their attorneys, Milam Labuda Law Group, PLLC, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs' claims against Defendants in the above-captioned matter as stated in the Complaint are dismissed with prejudice.

January __, 2019                                        January 9, 2019
New York, New York                              Lake Success, New York

_/s/ Erin V. McGee_                              _/s/ Netanel Newberger_
Erin V. McGee (EM-0437)               Netanel Newberger, Esq.
Friedman & Anspach                        Milman Labuda Law Group, PLLC
1500 Broadway, Suite 2300             3000 Marcus Avenue, Suite 3W8
New York, New York 10036            Lake Success, NY 11042
(212) 354-4500                                     (516) 328-8899
Attorneys for Plaintiffs                         Attorneys for Defendants

SO ORDERED,

Dated: _____, 2019
New York

1